UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS,

    Plaintiff,

    v.                                        CASE NO.: 1:20-cv-03973-LGS

GRANITE GEAR, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorney's fees, costs and expenses.

Dated: October 28, 2020

| For Plaintiff Pamela Williams | For Granite Gear, LLC |
|---|---|
| *[signature]* | *[signature]* |
| David Paul Force | Michael R. Huttenlocher |
| Stein Saks, PLLC | McDermott Will & Emery LLP |
| 285 Passaic Street | 340 Madison Avenue |
| Hackensack, NJ 07601 | New York, NY 10173 |
| Ph: 201-282-6500 | Ph: 212-547-5482 |
| dforce@steinsakslegal.com | mhuttenlocher@mwe.com |

So Ordered.

Dated: October 29, 2020
      New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on October 28, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David Paul Force
David Paul Force
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*